FILED 27 MAR '17 15:56 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

JAY WALTER JAACKS,

Defendant.

3:17-CR- 3'17 CR-0110-HZ

INFORMATION

18 U.S.C. § 1801

THE UNITED STATES ATTORNEY CHARGES:

### Count 1
(Video Voyeurism)
(18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of J.T.;

All in violation of Title 18, United States Code, Section 1801.

### Count 2
(Video Voyeurism)
(18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to

capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of J.R.;

All in violation of Title 18, United States Code, Section 1801.

## Count 3
(Video Voyeurism)
(18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of N.M.;

All in violation of Title 18, United States Code, Section 1801.

## Count 4
(Video Voyeurism)
(18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of R.M.;

All in violation of Title 18, United States Code, Section 1801.

///

///

///

Information Page 2

...
**Count 5**
**(Video Voyeurism)**
**(18 U.S.C. § 1801)**

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of P.M.;

All in violation of Title 18, United States Code, Section 1801.

**Count 6**
**(Video Voyeurism)**
**(18 U.S.C. § 1801)**

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of L.B.;

All in violation of Title 18, United States Code, Section 1801.

**Count 7**
**(Video Voyeurism)**
**(18 U.S.C. § 1801)**

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances

///

Information                                                                                         Page 3

in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of S.T.B.;

All in violation of Title 18, United States Code, Section 1801.

### Count 8
### (Video Voyeurism)
### (18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of L.A.;

All in violation of Title 18, United States Code, Section 1801.

### Count 9
### (Video Voyeurism)
### (18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of C.M.;

All in violation of Title 18, United States Code, Section 1801.

///

///

///

**Count 10**
**(Video Voyeurism)**
**(18 U.S.C. § 1801)**

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of V.K.;

All in violation of Title 18, United States Code, Section 1801.

**Count 11**
**(Video Voyeurism)**
**(18 U.S.C. § 1801)**

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of Jane Doe, a Caucasian Female;

All in violation of Title 18, United States Code, Section 1801.

**Count 12**
**(Video Voyeurism)**
**(18 U.S.C. § 1801)**

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances

///

in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of M.A.;

All in violation of Title 18, United States Code, Section 1801.

## Count 13
### (Video Voyeurism)
### (18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of C.D.;

All in violation of Title 18, United States Code, Section 1801.

## Count 14
### (Video Voyeurism)
### (18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of L.M.;

All in violation of Title 18, United States Code, Section 1801.

## Count 15
### (Video Voyeurism)
### (18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to

capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of S.L.;

All in violation of Title 18, United States Code, Section 1801.

### Count 16
### (Video Voyeurism)
### (18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of K.L.;

All in violation of Title 18, United States Code, Section 1801.

///

///

///

## Count 17
### (Video Voyeurism)
### (18 U.S.C. § 1801)

On or about July 29, 2016, within the District of Oregon and the special maritime and territorial jurisdiction of the United States, defendant **JAY WALTER JAACKS**, with intent to capture an image of a private area of an individual without their consent and under circumstances in which the person has a reasonable expectation of privacy, knowingly and unlawfully captured an image of the private area of B.A.;

All in violation of Title 18, United States Code, Section 1801.

DATED this 27th day of March 2017.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney